**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**RAYMOND M. GONZALES,**

      Petitioner,

v.                                           Case No. 11-cv-0686 MCA/SMV

**ERASMO BRAVO, Warden,
Guadalupe Correctional Facility, and
ATTORNEY GENERAL FOR THE
STATE OF NEW MEXICO,**

      Respondents.

**ORDER DENYING FOURTH MOTION FOR APPOINTMENT OF COUNSEL AND
RESERVING RULING ON MOTION FOR EVIDENTIARY HEARING**

      **THIS MATTER** is before the Court on Petitioner's [Fourth] Motion for Appointment of Counsel - Request Counsel [sic] [Doc. 18] ("Motion"), which was filed on January 11, 2012, the same date that the Court denied Petitioner's [Third] Motion for Appointment of Counsel Request Counsel [sic] [Doc. 15]. Because Petitioner is adequately presenting his claims, and for the same reasons identified in the Court's order denying the Third Motion, the Court finds that the instant Motion is not well-taken and will be denied. *See* Order Denying Third Motion for Appointment of Counsel and Reserving Ruling on Motion for Evidentiary Hearing [Doc. 17].

      **IT IS THEREFORE ORDERED** that Petitioner's [Fourth] Motion for Appointment of Counsel - Request Counsel [sic] [Doc. 18] is **DENIED**.

**IT IS FURTHER ORDERED** that ruling is **RESERVED** on Petitioner's request for an evidentiary hearing.

**IT IS SO ORDERED.**

_____
STEPHAN M. VIDMAR
United States Magistrate Judge