## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**RAYMOND M. GONZALES,**

    Petitioner,

v.                                              Case No. 11-cv-0686 MCA/SMV

**ERASMO BRAVO, Warden,**
**Guadalupe Correctional Facility, and**
**ATTORNEY GENERAL FOR THE**
**STATE OF NEW MEXICO,**

    Respondents.

### ORDER GRANTING PETITIONER'S MOTION TO HOLD IN ABEYANCE

THIS MATTER is before the Court on Petitioner's Motion to Hold in Abeyance This Petition to Further Exhaust State Claims [Doc. 20] ("Motion"). Petitioner requests that this action be stayed pending exhaustion of his state-court remedies. *Id.* Respondents did not respond to the Motion, and such failure to respond is deemed consent to grant the motion. *See* D.N.M.LR-Civ. 7.1(b). Furthermore, Respondents themselves have previously suggested this remedy. Respondents' Answer to Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) [Doc. 10] ("Answer") at 11.

Accordingly, the Court, having considered the Motion, the lack of the response in opposition, the record, the relevant law, and being otherwise informed, FINDS that the Motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Hold in Abeyance This Petition to Further Exhaust State Claims [Doc. 20] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **STAYED** until Petitioner has exhausted his state-court remedies.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**