NINTH JUDICIAL DISTRICT COURT
CURRY COUNTY
STATE OF NEW MEXICO

**F I L E D**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 18 2012

**MATTHEW J. DYKMAN**
**CLERK**

RAYMOND GONZALEZ,
  PETITIONER
  Vs.
ERASMO BRAVO, WARDEN
STATE OF NEW MEXICO
  RESPONDENTS

D/C # CR-07-00671
FED. # 11-CV-0686 MCA/SMV

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW PETITIONER PRO SE AND FILES THIS MOTION PURSUANT TO RULE 5-802 (E)(2) AND ADVISES THE COURT OF THE FOLLOWING:

1) PETITIONER FILED A 28 U.S.C § 2254 FEDERAL HABEAS PETITION IN THE UNITED STATES DISTRICT COURT.

2) THE DISTRICT COURT AND THE STATE BROUGHT THE ARGUMENT THAT PETITIONER FILED A MIXED PETITION (EXHAUSTED AND UNEXHAUSTED CLAIMS)

3) ON FEBRUARY 27TH 2012. PETITIONER FILED A MOTION TO HOLD IN ABEYANCE IN THE FEDERAL COURT AND THE MOTION WAS "GRANTED" SEE ATTATCHED

4) PETITIONER INFORMS THE COURT THAT THE UNEXHAUSTED CLAIMS THAT NEED TO BE FILED IN THE STATE COURTS ARE TO COMPLICATED AND ALSO AN INTENSIVE RESEARCH AND INVESTIGATION

AND INTERVIEWS OF THE D.E.A AND MILITARY AGENTS AS WELL AS THE CLOVIS POLICE WHICH MAY HAVE EXCULPATORY WITNESS TESTIMONY NEED TO BE CONDUCTED BEFORE A WELL PLEADED STATE HABEAS PETITION CAN BE FILED.

5) PETITIONER NEITHER HAS THE KNOWLEDGE NOR THE ACCESS TO STATE WITNESSES TO INTERVIEW THEM.

6) ONE OF THE COMPLEX ISSUES THAT NEEDS TO BE INVESTIGATED IS THE "POSSE COMITATUS ACT" CLAIM THAT PETITIONER NEEDS TO FILE.

7) ANOTHER MAJOR PROBLEM PETITIONER ENCOUNTERS AT THIS PRISON FACILITY IS: HE HAS THE CD'S OF THE TRIAL TRANSCRIPTS AND THIS FACILITY HAS NO ELECTRONIC DEVICE TO LISTEN TO THEM.

8) PETITIONER HAS ENCLOSED A REQUEST THAT HE WROTE TO THE FACILITY LEGAL ACCESS PROGRAM TO PROVIDE A DEVICE TO LISTEN TO THE CD'S (SEE INMATE REQUEST ENCLOSED)

9) AND THE OTHER INHERENT CRITICAL PROBLEM PETITIONER IS FACING IS FIRST OF ALL HE "DOESN'T" KNOW HOW TO FILE A HABEAS PETITION. SECOND OF ALL THERE IS NOT A SINGLE JAILHOUSE LAWYER WHO KNOWS ANYTHING ABOUT THE "POSSE~COMITATUS" ISSUES, THAT ARE SO COMPLEX THAT EVEN A COMPETENT ATTORNEY WOULD HAVE TO CONDUCT A THOROUGH INVESTIGATION TO COMPREHEND THIS "ACT".

10) ALSO THERE IS NO LITERATURE ABOUT THE "POSSE-COMITATUS" AT THIS FACILITIES LEGAL ACCESS PROGRAM.

THEREFORE TAKING ALL OF THESE INHERENT PROBLEMS INTO CONSIDERATION IT IS IMPOSSIBLE FOR PETITIONER TO FILE A STATE HABEAS PETITION ON THE UNEXHAUSTED ISSUES IN A TIMELY MANNER WITH SUPPORTING FACTS BEFORE PETITIONER CAN PROCEED HIS CLAIMS WHICH ARE CURRENTLY PENDING IN THE FEDERAL COURT.

WHEREFORE, PETITIONER HUMBLY REQUEST IN THE INTEREST OF JUSTICE FOR THIS COURT TO APPOINT A PUBLIC DEFENDER COUNCEL WHO WILL BE ABLE TO INVESTIGATE AND PREPARE A WELL PLEADED STATE HABEAS PETITION ON THE UNEXHAUSTED CLAIMS. THANK YOU FOR YOUR TIME AND CONSIDERATION IN THIS MATTER.

A COPY OF THIS MOTION WAS MAILED ON APRIL 16TH 2012, TO THE DISTRICT ATTORNEY, CURRY COUNTY AND ALSO TO THE UNITED STATES DISTRICT COURT. IN ALB. N.M.

SINCERELY,

*[signature]*
RAYMOND. N. GONZALEZ
04/16/2012

*[signature]* 04/16/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAYMOND M. GONZALES,

    Petitioner,

v.                                                          Case No. 11-cv-0686 MCA/SMV

ERASMO BRAVO, Warden,
Guadalupe Correctional Facility, and
ATTORNEY GENERAL FOR THE
STATE OF NEW MEXICO,

    Respondents.

## ORDER GRANTING PETITIONER'S MOTION TO HOLD IN ABEYANCE

THIS MATTER is before the Court on Petitioner's Motion to Hold in Abeyance This Petition to Further Exhaust State Claims [Doc. 20] ("Motion"). Petitioner requests that this action be stayed pending exhaustion of his state-court remedies. *Id.* Respondents did not respond to the Motion, and such failure to respond is deemed consent to grant the motion. *See* D.N.M.LR-Civ. 7.1(b). Furthermore, Respondents themselves have previously suggested this remedy. Respondents' Answer to Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) [Doc. 10] ("Answer") at 11.

Accordingly, the Court, having considered the Motion, the lack of the response in opposition, the record, the relevant law, and being otherwise informed, FINDS that the Motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Hold in Abeyance This Petition to Further Exhaust State Claims [Doc. 20] is **GRANTED**.



# U.S. District Court
# District of New Mexico

## Document Summary

**Case Title:** Gonzales v. Bravo

**Case Number:** 1:11-cv-00686-MCA-SMV

### Document Information

**Number:** 22

**Description:** ORDER by Magistrate Judge Stephan M. Vidmar GRANTING [20] Motion to Hold In Abeyance and STAYING this action while Petitioner exhausts his state-court remedies. (am)

**Size:** 27533

**Date Filed:** Tuesday, April 03, 2012

Note: In an effort to reduce paper and postage costs, the Notice of Electronic Filing (NEF) may not be included with this transmission. To obtain a copy of the complete NEF, please visit us online at www.nmcourt.fed.us and login to either your CM/ECF or PACER account. You may also view the NEFs at one of our public terminals located at the courthouses in Albuquerque, Las Cruces, and Santa Fe.

For questions regarding this transmission, please contact the Court's HelpDesk via phone at (505)348-2075 or via email at cmecf@nmcourt.fed.us.

Attachment CD-121001.1

# NEW MEXICO
# CORRECTIONS DEPARTMENT
## Inmate Request for Legal Access

RECEIVED APR 12 2012 BY: [signature]

Please PRINT information in all areas clearly. Use BLACK INK and PRESS FIRMLY.

| INMATE NAME (Last, First, M.I.) | NMCD Number | Institution | Unit/Cell |
|---|---|---|---|
| GONZALEZ RAYMOND .M. | 44215 | G.C.C.F | 2B211 |

Briefly describe your legal problem or question. (Use a blank sheet of paper if additional room is needed.)

I NEED TO USE A COMPUTER TO LISTEN TO MY COURT TRANSCRIPTS THAT ARE ON "C.D." I DOES NOT WORK ON A C.D PLAYER. I NEED TO LISTEN TO IT TO FILE MY HABEAS

Date of Court imposed deadline, if known: _____

Type of assistance requested (check all that apply)
- ___ Legal materials: policies, rules, statutes, legal texts (specify in following box)*
- ___ Form packet: Tort ☐; State Habeas ☐; Civil Rights ☐; Federal Habeas ☐; State Appeal ☐
- ✓ Meeting with paralegal (specify reason for meeting in following box)*
- ___ Copying for qualified legal claims (specify in following box)*
- ___ Notary service for qualified legal claims that require notarization

*Specify requested services or materials. Specify what you want copied and which category of qualified legal claim:

I NEED TO STUDY MY CASE THAT'S ON "C.D." FOR MY HABEAS

Inmate Signature: [signature] #44215  Date: 04/11/2012

Designated Staff Name (Last, First, M.I.): [redacted]  Designated Staff Signature: [signature]  Date: 4-12-12

**Review and Disposition**
- ☐ Approved.
- ☐ Disapproved. Your complaint does not involve a qualified legal claim.
- ☐ Unclear. A meeting will be scheduled with designated staff to determine if assistance can be provided.

Unless disapproved, your appointment with the Designated Staff has been scheduled for date: _____

at time _____ am/pm at location _____

Staff Signature _____ Date _____

Please bring this authorization and all related documents to the meeting.

**Verification of meeting:**

| Designated Staff Name (Last, First, M.I.) | Designated Staff Signature | Date |
|---|---|---|
| [redacted] | [signature] | |

Inmate Signature: [signature] #44215  Date: 04/11/2012

RECEIVED
APR 13 2012
BY:_____

Attachment CD-121001.3

**NEW MEXICO
CORRECTIONS DEPARTMENT
Staff Response to Inmate Request for Legal Assistance/Meeting**

| Inmate Name (Last, First, M.I.) | NMCD Number | Institution | Unit/Cell |
|---|---|---|---|
| Gonzales, Raymond | 44215 | GCCF | 2B211 |

Use the space below to respond to the inmate request for assistance and staple to request.

There is not a computer that you can access. Your CD's are still stored in the library.

| Designated Staff's Name (Last, First, M.I.) | Designated Staff Signature | Date |
|---|---|---|
| Martinez, J. | [signature] | 4-13-12 |

Signature of Inmate to acknowledge receipt.

| Inmate's Name (Last, First, M.I.) & Number | Inmate Signature | Date |
|---|---|---|
| Gonzales Raymond M #44215 | [signature] | 04/13/2012 |

Form 121001.3

**Guadalupe County Correctional Facility**
Name: RAYMOND DOMINGUEZ NMCD# 44215 Unit #2B #211
Post Office Box 520
Santa Rosa, New Mexico 88435

RECEIVED
At Albuquerque NM
APR 18 2012

MATTHEW J. DYKMAN
  STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, N.M. 87102

"LEGAL"