IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RAYMOND M. GONZALES,**

    Petitioner,

v.                                                      No. 11-cv-0686 MCA/SMV

**ERASMO BRAVO and
ATT'Y GEN. OF THE STATE OF N.M.,**

    Respondents.

**ORDER DENYING PETITIONER'S MOTION TO SUBMIT DOCUMENTS**

THIS MATTER is before the Court on Petitioner's Motion to Submit Documents to [the] Court [Doc. 35], filed on June 11, 2013. Respondent filed no response, and none is needed. Petitioner attempts to re-submit his original state-court habeas petition and his subsequent petition for certiorari review "to see if they may or may not help in the exhaustion of claim 2 or 3 and the 'Brady' Rule." [Doc. 35] at 1. The Court, being fully advised in the premises, will deny the motion because the exhaustion question has been decided, [Doc. 33], because these documents are already part of the record, [Doc. 10-3] at 39–57, [Doc. 10-4] at 1–34, and because they were duly considered in making the exhaustion ruling.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Petitioner's Motion to Submit Documents to [the] Court [Doc. 35] is **DENIED**.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR
United States Magistrate Judge**